Reversed and Remanded and
Memorandum Opinion filed December 31, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00180-CV

____________

 

AMERICAN GOLF CORPORATION, Appellant

 

V.

 

SUGAR CREEK COUNTRY CLUB, Appellee

 



 

On Appeal from the 434th District Court

Fort Bend County, Texas

Trial Court Cause No. 02-CV-124,696

 



 

M E M O R A
N D U M  O P I N I O N

This is an appeal from a
judgment signed February 25, 2008.

On December 17, 2009, the parties filed a joint motion to
reverse the judgment and remand the cause to the trial court in accordance with
a settlement agreement.  See Tex.
R. App. P. 42.1.  The motion is granted.

            Accordingly, the judgment is reversed and the cause remanded
to the trial court.

PER CURIAM

Panel consists of Justices
Anderson, Frost, and Boyce.